No. 82–1632.   BARGER *v.* PETROLEUM HELICOPTERS, INC.   C. A. 5th Cir.   Certiorari denied.

No. 82–1648.   HORTON *v.* MARTIN, WARDEN, CENTRAL CORRECTIONAL INSTITUTE, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–1665.   ILLINOIS TOOL WORKS, INC. *v.* GRIP-PAK, INC.   C. A. 7th Cir.   Certiorari denied.

No. 82–1717.   KROENING *v.* ARCHDIOCESE OF MILWAUKEE ET AL.   Ct. App. Wis.   Certiorari denied.

No. 82–1736.   SABOUNI ET AL. *v.* LEAVER ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–1748.   CARLIN *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–1774.   CUTI *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 82–1782.   HENSEL *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 82–1783.   HILLARD *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–1786.   TRAINELLO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–1790.   PHILLIPS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–5527.   RIOS *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 3d Cir.   Certiorari denied.